# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-CR-707** |
| : | |
| **KENNETH MITCHELL,** : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE THE VIOLATION HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Hearing on the Violation of the Defendant's Supervised Release, scheduled for January 14, 2022. In support thereof, the government states as follows:

1. The United States Probation Office filed a Petition, alleging a second violation of the Defendant's Supervised Release on January 6, 2022. *See* ECF Doc. 5. The parties were ordered to appear on January 14, 2022.

2. Defense counsel alerted the Court on January 13, 2022 that she would be unable to communicate with her client, or provide him with the information to virtually attend the scheduled hearing. Defense counsel, therefore, was seeking to adjourn the matter.

3. During the evening hours of January 13, 2022, the U.S. Probation Officer learned that the Defendant had been placed in quarantine. The Probation Officer was informed that the Defendant would not have access to any digital devices and would not be able to attend the hearing. The parties agreed that the matter could not proceed, and agree that the matter should be adjourned to February 4, 2022. The Defendant has another Court

1

proceeding scheduled for that date.

4. The parties, therefore, would respectfully request that the Violation Hearing be continued until February 4, 2022.

Wherefore, the parties respectfully request that the Court continue the Violation Hearing in this matter until February 4, 2022 or a date after that date convenient to the Court's calendar.

                                      Respectfully submitted,

                                      MATTHEW D. GRAVES
                                      ACTING UNITED STATES ATTORNEY
                                      D.C. Bar No. 481052

By:    /s/_____
       AMY E. LARSON
       Assistant United States Attorney
       N.Y. Bar No. 4108221
       U.S. Attorney's Office
       555 4th Street, N.W.
       Washington, D.C. 20530
       202-252-7863
       Amy.Larson2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-CR-707** |
| : | |
| **KENNETH MTICHELL,** : | |
| **Defendant.** : | |

## **ORDER**

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that the parties shall appear for a Violation Hearing____ on February__, 2022.

.

_____
The Honorable Judge Beryl A. Howell

3